WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
JUSTIN REZKALLA (CA SBN 347603)
JRezkalla@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

DILLON KRAUS (*pro hac vice forthcoming*)
DKraus@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York  10019-9601
Telephone:  212.468.8000
Facsimile:  212.468.7900

*Attorneys for Plaintiff P. Bart Stephens*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| P. BART STEPHENS,<br><br>        Plaintiff,<br><br>    v.<br><br>JANE DOE, ET AL.,<br><br>        Defendants. | Case No. 3:23-cv-4183<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(FRCP 7.1; L.R. 3-15)** |
|---|---|

## **DISCLOSURE STATEMENT**

This Disclosure Statement is filed on behalf of Plaintiff P. Bart Stephens in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a). Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party:

| P. Bart Stephens | Northern District of California |
|---|---|
| Party Name | Citizenship |

## **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: August 16, 2023                                MORRISON & FOERSTER LLP

By: */s/ Michael Burshteyn*
Michael Burshteyn

Attorneys for Plaintiff
P. BART STEPHENS