WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
JUSTIN REZKALLA (CA SBN 347603)
JRezkalla@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DILLON KRAUS (*pro hac vice forthcoming*)
DKraus@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

*Attorneys for Plaintiff P. Bart Stephens*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. BART STEPHENS,<br><br>    Plaintiff,<br><br>    v.<br><br>JANE DOE, ET AL.,<br><br>    Defendants. | Case No. 3:23-cv-04183-JD<br><br>**SUPPLEMENTAL DECLARATION OF DAVID WHITE IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1  I, David J. White, declare as follows:

2  1. I have personal knowledge of the matters set forth below. If called as a witness, I
3  could and would testify competently to the matters set forth in this declaration.

4  2. I submit this supplemental declaration containing updated results of our
5  investigation into the Doe Defendants movements of Plaintiff's misappropriated assets.

6  3. The first chart in paragraph 39 of my prior declaration (ECF 9-3) listed Bitcoin
7  transactions through a particular exchange, the name of which Plaintiff requested sealing
8  ("Exchange A"). Below is an updated chart containing the transactions through Exchange A:

| Bitcoin Transactions Through Exchange A | | |
|---|---|---|
| Hash | Date | Value (BTC) |
| bd37e1fe768ebe124f0dc9177dd9d989a8bdf3c6044545c6944f914d90866ca5 | 6/27/23 4:22 PM | 0.036 |
| 92529d746b695f405efbbb9f70c9710707aeba8a61d273e03a6e099834116f13 | 5/15/2023 12:35 | 0.5312587 |
| ab37c220dbe8edce32694388859a9783a259c856a6b539b98ad91ee25b31cffb | 5/24/2023 21:07 | 9.68174891 |
| 5355c0a65982d74f07f65be8db0d8c5c0f471e6774aa07cb2d27fed698bb06c0 | 5/29/2023 17:01 | 1.63139784 |
| c38a15addc2ffd62a7ab464e5488c14c00a3af20d552219880b3988ddecdba8f | 6/1/2023 12:41 | 2.60517013 |
| 45f3077c9dcf91be91f7384eaaa7034b6187465d53b62e75e0d2a35815689a04 | 6/1/2023 19:59 | 1.30260572 |
| 398402106cc73e43719bd7f239bc886a306ea0bfcdd20576019fd9bb8efff5f4 | 6/4/2023 4:09 | 0.73572522 |
| aa3305ad141f9c732964f910e5ef6a0ec4e290643abf1eae616b0b079a549ff8 | 6/6/2023 7:46 | 15.5125975 |
| f3f9b82229131df82627bd9c1b2b3fedef84a85cc05d7165803ccd4b572b49e6 | 6/13/2023 3:35 | 2.05232752 |
| 387b76b981681b405803cc4be6fcf25ead11be980585adcff029f8ce2ac63f15 | 6/26/2023 9:38 | 8 |
| 649a4ad3f654041ef2241eb3f992ad725ad33229aae047d042a6b15dfbfeb131 | 6/26/2023 16:46 | 1 |
| ed7e8158c183e288d87c472d82cd3094745ab4bd7f6f7a89243360880723b8a5 | 5/15/2023 18:58 | 1.4 |
| 4b6d3c0c9443ba7baaafc983db3e3ba08a32cfb3b8df2198a25bdf489429dfe0 | 6/27/2023 21:23 | 1 |
| 8fef068eb3e66bf9cf572432a0b7e512314ee51e7812d85e2d0f8715850909ad | 6/28/2023 18:16 | 4.3 |

| Hash | Date | Value |
|---|---|---|
| 0a675c731f0d78dfcfb4701aed2640b8c936f0e4ee686d9a3a3f3bd15437bda0 | 6/28/2023 23:27 | 0.8 |
| d8128995a9a8a3d13473628139ec22d59b923e9d522ab90c05061db9edf7d5f4 | 6/30/2023 9:21 | 2.5 |
| 68858ffce807399098263b4189b5803ab75d8410b3de85aec10e75c3de904ca6 | 7/2/2023 12:32 | 1 |
| 4ebbce8c138f93fc30488ac4e72e81aeaf6c1f3ba2cffddbc3793dcb3a99e6f9 | 7/3/2023 10:08 | 0.18710745 |
| 30aca9cf5d608dd0c77ad1562a928a78a3318ae26021d6bf6219db5bc0a16607 | 7/4/2023 19:55 | 10 |
| 9ed318b468fefccb7774a0ba67f28d08b43b4437bf7a53130d2d7a254cb5fa72 | 7/5/2023 0:33 | 7.11621882 |
| 9561be4bee8c8b0323eccda40ea8bed03f5cc13e1b8aea84abc1894c6b79b205 | 7/28/2023 20:39 | 2.21706669 |
| 0eb9e5fa4e47ab2e923d442ea3cb1f0de8892fa92b4e79d43e3d1b1678a4770a | 7/28/2023 21:33 | 2.2 |
| 78a741a34eeef46b657b973b71ace10fcdd3cc674ba8c6744cb68691211cb22b | 8/1/2023 20:35 | 1.4699 |
| 50986ababfae161606830cd43c6b66d01ab4d2c17b1da72fd1a7fcdd53e98dbd | 8/4/2023 21:17 | 1.4497776 |

4. The third chart in paragraph 39 of my prior declaration listed deposits of converted assets into a different exchange, the name of which Plaintiff requested sealing ("Exchange B"). Below is an updated chart of containing transactions involving Exchange B:

| Exchange B Deposits of Converted Assets | | | |
|---|---|---|---|
| Hash | Date | Value | Asset |
| 6952a545e61e803881baee51005af268fb92d265199c9078a7dea6bdf575235e | 5/15/2023 12:44 | 5.498822 | BTC |
| bafy2bzacebk4xwn6xuaw4agh5rfioayxjyiwirq4ddbr3jfmzk4wvju46blio | 5/15/2023 1:33 | 2000 | FIL |
| bafy2bzaceafblcmunttbudaljkfjbpc5b7erzmphtonjbsythmsv7xaq66bfg | 5/15/2023 2:19 | 3079.999 | FIL |
| bc82ec71ab68a6495ed265044bad1618071057dc980bfc4fa760e3d88a2449f1 | 8/11/2023 12:17 | 0.510389 | BTC |
| bddeb35d84931f1236b5046d49e13fa0275ced9544ce2570168286fae9bcfd94 | 8/12/2023 7:40 AM | 2.86531 | BTC |

5.    As of this writing, Defendants have moved approximately $262,473.58 worth of digital assets into Exchange B and $3,358,481.28 worth of digital assets into Exchange A. Approximately $2.5 million worth of digital assets remain in Defendants' initially identified wallets in the form of BTC, ETH, and FIL, while a small portion of the assets have been spent by Defendants on exchange and transaction fees.

Dated: August 20, 2023

_____
David J. White