UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

P. BART STEPHENS

                    Plaintiff,

vs.

JANE DOE, ET AL.

                    Defendants

Case No.: 3:23-cv-04183-JD

NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on August 21, 2023 and was reported by Stephen Franklin, the official court reporter.

Dated: August 23, 2023

                                              */s/ Michael Burshteyn*
                                          Attorney for Plaintiff P. Bart Stephens
                                          Address:
                                          Michael Burshteyn
                                          MORRISON & FOERSTER LLP
                                          425 Market Street
                                          San Francisco, California 94105-2482