WILLIAM FRENTZEN (CA SBN 343918)
WFrentzen@mofo.com
MICHAEL BURSHTEYN (CA SBN 295320)
MBurshteyn@mofo.com
JUSTIN REZKALLA (CA SBN 347603)
JRezkalla@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

DILLON KRAUS (*admitted pro hac vice*)
DKraus@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York  10019-9601
Telephone:  212.468.8000
Facsimile:  212.468.7900

Attorneys for Plaintiff
P. BART STEPHENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. BART STEPHENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANE DOE, ET AL.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-04183-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF P. BART STEPHENS** |

Upon consideration of Motion to Withdraw as Counsel For Plaintiff P. Bart Stephens, and for good cause shown, it is HEREBY ORDERED that William Frentzen, Michael Burshteyn, Justin Rezkalla, and Dillon Kraus of Morrison & Foerster are hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.  Pursuant to Local Rule 11-5(b), papers may continue to be served on Plaintiff through Morrison & Foerster until Plaintiff appears by other counsel.

IT IS SO ORDERED.

Dated:  October 17, 2023

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE